UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SYLVESTER R. LAVIGNE, JR.**

**VERSUS**

**STATE OF LOUISIANA, DEPARTMENT OF JUSTICE, ET AL**

**CIVIL ACTION**

**NO. 09-273-JVP-CN**

# O R D E R

A scheduling conference was held September 15, 2009

    **PRESENT:**    **John Christopher Alexander, Sr.**
Counsel for Plaintiff

                             **Douglas Gist Swenson**
Counsel for Defendants

The case was discussed and the Court set a deadline of **November 20, 2009**, for defendant to file a motion for summary judgment on prescription and other initial issues.

**IT IS ORDERED** that a telephone conference is set in this matter for **FRIDAY, FEBRUARY 5, 2010, AT 10:00 A.M.** to discuss the need for experts. Plaintiff's counsel will initiate the telephone conference to Chambers at 225-389-3592.

**IT IS FURTHER ORDERED** that in accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint, or adding new parties, claims, counterclaims or cross claims: **November 30, 2009**

CV32a; T:30

2. Deadlines for completion of fact discovery:

   a. Exchanging initial disclosures required by FRCP 26(a)(1):
   **September 30, 2009**

   b. Filing all discovery motions and completing all discovery, except experts:
   **May 3, 2010**

3. All dispositive motions must be filed **on or before June 2, 2010.**

Signed in chambers in Baton Rouge, Louisiana, September 15, 2009.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

CV32a; T:30